IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EMPLOYERS MUTUAL CASUALTY COMPANY                                    PLAINTIFF

v.                                    No. 4:10-CV-00540 GTE

MDH BUILDERS, INC.; BRUSHMASTERS, LLC;
MICHAEL D. HILL; and CAREY A. HILL                                    DEFENDANTS

FIRST SECURITY BANK                                                    GARNISHEE

CENTRAL BANK                                                           GARNISHEE

## ORDER TO GARNISHEES

1. The Garnishee First Security Bank has responded to the plaintiff's Writ of Garnishment and advises that it is holding monies belonging to the defendants in the amount of $972.74. Accordingly, First Security Bank is ordered to pay $972.74 to the plaintiff. Upon payment of that sum, First Security Bank will be released and discharged from all liability under the Writ of Garnishment in the above-styled action.

2. The Garnishee Central Bank has responded to the plaintiff's Writ of Garnishment and advises that it is indebted to the defendants in the amount of $8.51. Accordingly, Central Bank is ordered to pay $8.51 to the plaintiff. Upon payment of that sum, Central Bank will be released and discharged from all liability under the Writ of Garnishment in the above-styled action.

IT IS SO ORDERED this 8th day of February, 2011.

_____
HON. G. THOMAS EISELE
UNITED STATES DISTRICT JUDGE

Prepared by:

WILLIAMS & ANDERSON PLC
111 Center Street, 22nd Floor
Little Rock, Arkansas 72201
Telephone: (501) 372-0800
Facsimile: (501) 372-6453


_____
David M. Powell (AR. Bar No. 69062)
Jamie Fugitt (AR Bar No. 2009189)

cc:

J. Don Overton
THE OVERTON FIRM, LLC
P.O. Box 241031
Little Rock, AR 72223

J. Michael Stuart
STUART LAW FIRM, PA
P O Box 206
Lonoke, AR 72086

Mr. Henry Pool
First Security Bank
314 North Spring
Searcy, AR 72145